IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNABE SANTILLAN, individually and on behalf of Minor Son, GABRIEL ZAMBRANO,<br><br>                Plaintiff,<br>v.<br><br>CITY OF REEDLEY, CITY OF REEDLEY OFFICERS ROBERT MACEDO #54, RAY CAMACHO #68, HECTOR ALEMAN #56,<br><br>                Defendant. | CIV F 07-391 AWI SMS<br><br>ORDER TAKING DEFENDANTS'S AMENDED MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT UNDER SUBMISSION |

    Defendants have noticed for hearing and decision an amended motion to dismiss under Federal Rules of Civil Procedure 12(b)(6) and a motion to dismiss under Rule 12(e).  The matter was scheduled for hearing to be held on June 25, 2007.  Pursuant to Local Rule 78-230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition no later than June 11, 2007.  Plaintiffs failed to do so.  Due to Plaintiffs's failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules.  See 78-230(c).  Plaintiffs are further not entitled to be heard at oral argument in opposition to the motion.  See 78-230(c).  The Court has reviewed Defendants's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 25, 2007, is VACATED, and no party shall appear at that time.  As of June 25, 2007, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   June 19, 2007**                              /s/ Anthony W. Ishii
                                                       UNITED STATES DISTRICT JUDGE